IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ANTHONY WILLIAMS,

   Petitioner,

v.              Case No. 5D17-969

STATE OF FLORIDA,

   Respondent.

_____/

Opinion filed May 12, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Anthony Williams, Crestview, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Marjorie Vincent-Tripp Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the December 6, 2016 order denying Petitioner's pro se amended motion for postconviction relief and the January 5, 2017 order denying Petitioner's motion for rehearing, filed in Case No. 2005-CF-31276-B, in the Circuit Court in and for Brevard County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

   PETITION GRANTED.

COHEN, C.J., WALLIS and LAMBERT, JJ., concur.